UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

|  |  |
|---|---|
| **DONNA GEE et al.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**DEARBORN FEDERAL CREDIT UNION,**<br><br>Defendant. | 2:25-CV-12077-TGB-DRG<br><br>HON. TERRENCE G. BERG<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF NO. 39)** |

This matter is before the Court on Magistrate Judge David R. Grand's April 29, 2026 Report and Recommendation (ECF No. 39), recommending that Defendant's Motion to Dismiss (ECF No. 18) be **GRANTED IN PART and DENIED IN PART WITHOUT PREJUDICE**.

The Court has reviewed the Magistrate Judge's Report and Recommendation. The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of a report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "*de novo* determination of those portions of the report . . . to which objection is made." *Id.* Where, as here, neither party objects to the

report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). The Court will therefore accept the Magistrate's Report and Recommendation of April 29, 2026 as this Court's findings of fact and conclusions of law.

Accordingly, it is hereby **ORDERED** that Magistrate Judge Grand's Report and Recommendation of April 29, 2026 is **ACCEPTED** and **ADOPTED**. It is **FURTHER ORDERED** that Defendants' Motion to Dismiss is **GRANTED IN PART** and **DENIED IN PART WITHOUT PREJUDICE** as set forth in Judge Grand's Report and Recommendation.

**SO ORDERED.**

Dated: June 8, 2026          s/Terrence G. Berg
_____
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

### Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on June 8, 2026.

s/E. Vradenburg
_____
Case Manager

2